■ In the Matter of CHRISTINA A., a Child Alleged to be Abused and/or Neglected. EDWARD A., Appellant; OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [629 NYS2d 690] —Appeal unanimously dismissed without costs *(see, Matter of Kyung C.,* 169 AD2d 721). (Appeal from Order of Oswego County Family Court, Roman, J.—Abuse and Neglect.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.